1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  Attorneys for Defendant
   THE TORO COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

| | |
|---|---|
| 11  DIGITAL SUN, a California corporation, | Case No. CV10-04567 LHK |
| 12                               Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| 13       vs. | |
| 14  THE TORO COMPANY, a Delaware corporation, | |
| 15                               Defendant. | Hon. Judge Lucy H. Koh<br>Courtroom 4, 5th Floor |
| 16 | Complaint Filed:  October 8, 2010<br>Trial Date:  None set |
| 17 | |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DATES         Case No. CV10-04567 LHK

1  WHEREAS the Court issued an Order Setting Initial Case Management Conference and
2  ADR Deadlines on October 8, 2010 ("October 8 Order");
3  WHEREAS Defendant The Toro Company ("Toro") was served with the complaint on
4  October 18, 2010, and a response to that complaint is due on November 3, 2010;
5  WHEREAS counsel for Toro was retained to represent Toro in this action on or about
6  October 28, 2010;
7  WHEREAS no prior agreement to extend the time to respond to the complaint has been
8  requested or ordered;
9  WHEREAS counsel for Toro identified an alternative-dispute-resolution provision that
10 may control this case;
11 WHEREAS Plaintiff Digital Sun and Defendant Toro, by and through their respective
12 attorneys have engaged in initial discussions in an attempt to resolve this matter; and
13 WHEREAS additional time is necessary within which to continue and conclude those
14 discussions in the hope of resolving the dispute and avoiding additional expense;
15 And good cause existing therefore,
16 THE PARTIES HEREBY JOINTLY STIPULATE AND REQUEST, PURSUANT TO
17 LOCAL RULE 6-2(a), AS FOLLOWS:
18     1. That Defendant Toro be granted an extension to January 5, 2011 to respond to the
19        Complaint;
20     2. That the Initial Case Management Conference, currently scheduled for January 26,
21        2011, be continued to March 23, 2011 at 2:00 p.m., or as soon thereafter as this
22        matter may be heard;
23     3. That all other deadlines listed in the October 8 Order be continued accordingly; and
24     4. That during this extension, any extension or claims that Toro may have are tolled.
25 ///
26
27
28

1 | IT IS SO STIPULATED.

2 | Dated:  November 2, 2010           BERGESON, LLP

3

4
                                                         By:           /s/
5                                                            Melinda M. Morton

6                                       Of Counsel:
                                        Matthew L. Woods, Esq.
7                                       William H. Manning, Esq.
                                        ROBINS, KAPLAN, MILLER & CIRESI LLP
8
                                        Attorneys for Defendant
9                                       THE TORO COMPANY

10 |     In accordance with General Order No. 45, Rule X, the above signatory attests that

11 | concurrence in the filing of this document has been obtained from the signatory below.

12 | Dated:  November 2, 2010           BLECHER & COLLINS, P.C.

13

14
                                                         By:     /s/ Maxwell M. Blecher
15                                                          Maxwell M. Blecher
                                                            Harold R. Collins, Jr.
16
                                        Attorneys for Plaintiff
17                                      DIGITAL SUN

18
                                              **ORDER**
19
    PURSUANT TO STIPULATION, IT IS SO ORDERED.
20
DATED:     November 3   , 2010          /s/ Lucy H. Koh
21                                      UNITED STATES DISTRICT JUDGE
                                        The Honorable Lucy H. Koh
22

23

24

25

26

27

28