1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile:  (408) 297-6000

6  MATTHEW L. WOODS, ESQ. *pro hac vice*
   (pending)
7  mlwoods@rkmc.com
   STACEY P. SLAUGHTER, ESQ. *pro hac vice*
8  (pending)
   spslaughter@rkmc.com
9  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN 55402-2015
11 Telephone: (612) 349-8500
   Facsimile: (612) 339-4181
12
   Attorneys for Defendant
13 The Toro Company

RECEIVED
NOV 12 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL SUN, a California corporation, | Case No. CV10-4567 LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| THE TORO COMPANY, a Delaware corporation, | |
| Defendant. | |

MATTHEW L. WOODS, ESQ., whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 800 LaSalle Avenue, 2800 LaSalle Plaza, Minneapolis, MN 55402. Telephone: 612-349-8500 and who is an active member in good standing of the bar of Minnesota having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant, THE TORO

1 COMPANY.

2 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
3 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
4 *vice*. Service of papers upon and communication with co-counsel designated in the application
5 will constitute notice to the party. All future filings in this action are subject to the requirements
6 contained in General Order No. 45, *Electronic Case Filing*.

7 DATED: November 17, 2010

*Lucy H. Koh*
United States District Judge
Hon. Judge Lucy H. Koh

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81824292.1
81836436.1

2

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV10-4567 LHK