1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
5  Facsimile: (408) 297-6000

6  MATTHEW L. WOODS, ESQ. *pro hac vice*
   *(pending)*
7  mlwoods@rkmc.com
   STACEY P. SLAUGHTER, ESQ. *pro hac vice*
8  *(pending)*
   spslaughter@rkmc.com
9  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN 55402-2015
11 Telephone: (612) 349-8500
   Facsimile: (612) 339-4181
12
   Attorneys for Defendant
13 The Toro Company

   RECEIVED

   NOV 1 2 2010

   Richard W. Wieking
   Clerk, U.S. District Court
   Northern District of California
   San Jose

                           UNITED STATES DISTRICT COURT

                          NORTH DISTRICT OF CALIFORNIA

                                SAN JOSE DIVISION

   DI., a California corporation,              Case No. CV10-4567 LHK

                   Plaintiff,                  [PROPOSED] ORDER GRANTING
                                               APPLICATION FOR ADMISSION OF
   v.                                          ATTORNEY *PRO HAC VICE*

   THE TORO COMPANY, a Delaware
   corporation,

                   Defendant.

        STACEY P. SLAUGHTER, ESQ., whose business address and telephone number is

   Robins, Kaplan, Miller & Ciresi L.L.P., 800 LaSalle Avenue, 2800 LaSalle Plaza, Minneapolis,

   MN 55402. Telephone: 612-349-8500 and who is an active member in good standing of the bar

   of Minnesota having applied in the above-entitled action for admission to practice in the

   Northern District of California on a pro hac vice basis, representing Defendant, THE TORO

                                               [PROPOSED] ORDER GRANTING APPLICATION
                                               FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
                                               CV10-4567 LHK

   81824411.1
   81836450.1

1 | COMPANY.

2 |     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: November 17, 2010

*/s/ Lucy H. Koh*
United States District Judge
Hon. Judge Lucy H. Koh

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

81824411.1
81836450.1

2

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CV10-4567 LHK