MATTHEW L. WOODS, Esq., *pro hac vice*
mlwoods@rkmc.com
STACEY P. SLAUGHTER, Esq., *pro hac vice*
spslaughter@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
THE TORO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL SUN, a California corporation,<br><br>                              Plaintiff,<br><br>        vs.<br><br>THE TORO COMPANY, a Delaware corporation,<br><br>                              Defendant. | Case No. CV10-04567 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. Judge Lucy H. Koh<br>Courtroom 4, 5th Floor<br><br>Complaint Filed:  October 8, 2010<br>Trial Date:  None set |

1    Now before the Court is Defendant the Toro Company's ("Toro") Administrative Motion

2    for Leave to File Certain Portions of Its Motion to Dismiss Under Seal.  Upon consideration of the

3    Administrative Motion for Leave to File Documents Under Seal, the Stipulation and the

4    supporting declaration of Melinda M. Morton filed therewith, the Court finds there to be good

5    cause for granting Defendant's request to file documents under seal.

6    GOOD CAUSE having been shown, the Court finds that:

7    1.    The parties possess overriding confidentiality interests that overcome the

8          right of public access to the record in the following document(s):

9          a.    Portions of pages 3, 4, 5, 6, 7, 12, 14, 18, 21, 22, 23, and 24 of Toro's

10               Memorandum of Points and Authorities in Support of the Motion to

11               Dismiss; and

12         b.    Exhibit Nos. 1-8 to the Declaration of Matthew L. Woods in Support of

13               Toro's Request for Judicial Notice.

14   2.    The parties' overriding confidentiality interests support sealing the record;

15   3.    A substantial probability exists that the parties' overriding confidentiality

16         interests will be prejudiced if the record is not sealed;

17   4.    The proposed sealing is narrowly tailored; and

18   5.    No less restrictive means exist to achieve this overriding interest.

19   IT IS THEREFORE ORDERED that Toro's Motion for Leave to File Documents Under

20   Seal is GRANTED.

21

22   **IT IS SO ORDERED.**

23   DATED: _____ January 7  , 2011

24                                                    _____
                                                     UNITED STATES DISTRICT JUDGE
25                                                   The Honorable Lucy H. Koh

26

27

28

- 1 -