BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
   mblecher@blechercollins.com
Harold R. Collins, Jr. (State Bar No. 37114)
   hcollins@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff
Digital Sun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL SUN, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE TORO COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO.   CV 10-04567 LHK<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>Hon. Judge Lucy H. Koh<br>Courtroom 4, 5th Floor<br><br>Complaint Filed: October 8, 2010<br>Trial Date:   None set |

WHEREAS, the Court on March 22, 2011 Issued Its Order Granting Defendant's Motion to Dismiss with Leave to Amend ("March 22 Order");

WHEREAS, the Court in its March 22 Order granted plaintiff Digital Sun until April 12, 2011 to file an Amended Complaint;

WHEREAS, no prior agreement to extend the time to file an Amended Complaint has been requested or ordered;

WHEREAS, Plaintiff Digital Sun and Defendant The Toro Company ("Toro"), through their respective counsel, have renewed their discussions attempting to resolve this matter; and

WHEREAS, additional time is necessary within which to continue and conclude these discussions in the hope of resolving the dispute and avoiding additional expense;

- 1 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT

And good cause existing therefore.

THE PARTIES HEREBY JOINTLY STIPULATE AND REQUEST PURSUANT TO LOCAL RULE 6-2(a), AS FOLLOWS:

1. That Plaintiff Digital Sun be granted an extension to April 15, 2011 to file an Amended Complaint;

2. That all other dates and deadlines set forth in the March 22 Order remain the same.

IT IS SO STIPULATED.

Dated: April 8, 2011         BLECHER & COLLINS, P.C.
                             MAXWELL M. BLECHER
                             HAROLD R. COLLINS


                             By: _____/s/_____
                                 Maxwell M. Blecher
                                 Attorneys for Plaintiff Digital Sun

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: April 8, 2011         BERGESON, LLP


                             By: _____/s/_____
                                 Melinda M. Morton

                             Of Counsel:
                             Matthew L. Woods, Esq.
                             Stacy P. Slaughter, Esq.
                             ROBINS, KAPLAN, MILLER & CIRESI LLP

                             Attorneys for Defendant
                             THE TORO COMPANY

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 12, 2011

*/s/ Lucy H. Koh*
UNITED STATES DISTRICT JUDGE
The Honorable Lucy H. Koh

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT