DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:   (408) 291-6200
Facsimile:    (408) 297-6000

MATTHEW L. WOODS, Bar No. 205278
(admitted *pro hac vice*)
mlwoods@rkmc.com
STACEY P. SLAUGHTER, Bar No. 0296971
(admitted *pro hac vice*)
spslaughter@rkmc.com
LARINA A. ALTON, Bar No. 0388332
(admitted *pro hac vice*)
laalton@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone:   (612) 349-8500
Facsimile:    (612) 339-4181

Attorneys for Defendant
THE TORO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIGITAL SUN, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TORO COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. CV 10-04567 LHK<br><br>JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Complaint filed: October 8, 2010<br>Trial Date:    None set |

The parties hereto, by and through their counsel of record, hereby stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that this case be, and hereby is, dismissed with prejudice and without costs to either party. The parties agree that judgment may be entered accordingly.

Dated: April 19, 2011                    BERGESON, LLP


                                         By:  _____/s/_____
                                              Melinda M. Morton

                                         Of Counsel:
                                         Matthew L. Woods, Esq.
                                         William H. Manning, Esq.
                                         ROBINS, KAPLAN, MILLER & CIRESI LLP

                                         Attorneys for Defendant
                                         THE TORO COMPANY

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: April 19, 2011                    BLECHER & COLLINS, P.C.


                                         By:  ___/s/ Maxwell M. Blecher___
                                              Maxwell M. Blecher
                                              Harold R. Collins, Jr.

                                         Attorneys for Plaintiff
                                         DIGITAL SUN

//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL          - 2 -                    C10-04567 LHK

**ORDER**

Pursuant to the foregoing Stipulation and to Fed. R. Civ. P. 41, all claims asserted by the parties in this action are hereby dismissed with prejudice and on the merits, and with the parties bearing their own costs, expenses, disbursements and attorneys' fees.

**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: April 20, 2011

By: _____*Lucy H. Koh*_____
UNITED STATES DISTRICT JUDGE
The Honorable Lucy H. Koh